**UNITED STATES DISTRICT COURT**
**District of Maine**

| | | |
|---|---|---|
| MICHAEL LENA, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | 1:11-cv-307-GZS |
| | ) | |
| ATTORNEY GENERAL, MAINE, | ) | |
| | ) | |
| Respondent | ) | |
| | ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on September 6, 2011, her Recommended Decision (Docket No. 15). Petitioner filed a Motion to Supplement his Habeas Petition (Docket No. 17) on September 12, 2011. In addition, Petitioner filed a Motion for Show Cause Evidentiary Hearing and his Objection to the Recommended Decision (Docket No. 19) on September 15, 2011.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Docket No. 1) is **DENIED** as there was no unreasonable application of federal law in either the Maine Law Court's decision to deny a certificate of probable cause or the habeas

decision of the associate justice.

3. It is hereby **ORDERED** that a certificate of appealability should not issue in the event that the Petitioner files a Notice of Appeal because there is no substantial showing of the denial of a constitutional right as contemplated by 28 U.S.C. § 2253(c)(2).

4. It is hereby **ORDERED** that both Petitioner's Motion to Supplement his Habeas Petition (Docket No. 17) and his Motion for Show Cause Evidentiary Hearing (Docket No. 19) are **DENIED**.

/s/George Z. Singal_____
U.S. District Judge

Dated this 4th day of October, 2011.